UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

POCATELLO COMMUNITY CHARTER SCHOOL, INC., an Idaho non-profit corporation,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 4:25-cv-00410-REP
Consolidated with
Case No. 4:26-cv-00095-REP

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR RELIEF**

Before the Court is Defendant's unopposed Motion requesting relief from the Order Setting Settlement Conference (Dkt. 30), requiring that persons with full settlement authority attend the Settlement Conference set for September 24, 2026. (Dkt. 33). For the reasons stated therein, the Court finds good cause has been shown to grant the Motion.

THEREFORE IT IS HEREBY ORDERED that the Motion (Dkt. 33) is **GRANTED**, and Defendant may be represented at the Settlement Conference by Landon Yost, trial attorney for the United States in this case, with the appropriate individual with full settlement authority available by telephone during the entirety of the conference.

DATED: August 28, 2026

Honorable Debora K. Grasham
United States Magistrate Judge